UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Terry Smith                                          )
                                                     )
_____                      )
                                                     )
_____                      )     CIVIL ACTION
(Name of the plaintiff or plaintiffs)                )
                                                     )
            v.                                       )     NO.
                                                     )
Illinois Department of Transportation                )
                                                     )
_____                      )
                                                     )
_____                      )
(Name of the defendant or defendants)                )

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is Terry Smith _____ of the county of Cook _____ in the state of Illinois _____.

3. The defendant is Illinois Department of Transportation _____ whose street address is 3501 S. Normal _____,
(city) Chicago _____ (county) Cook _____ (state) Illinois _____ (ZIP) 60609 _____

(Defendant's telephone number) ( 847 ) – 705-4665 _____

4 The plaintiff sought employment or was employed by the defendant at (street address)

3501 S. Normal _____ (city) Chicago _____
(county) Cook _____ (state) Illinois _____ (ZIP code) 60609 _____

5. The plaintiff [*check one box*]

    (a)☐    was denied employment by the defendant.

    (b)☐    was hired and is still employed by the defendant.

    (c)X☐    was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) August____, (day) 19____, (year) 2013____.

7.1____ *(Choose paragraph 7.1 or 7.2, do not complete both.)*

    (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐ *has not*    filed a charge or charges against the defendant X☐ *has* asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

    (i)  X☐    the United States Equal Employment Opportunity Commission, on or about

    (month) May____ (day) 16____ (year) 2014____.

    (ii)  X☐    the Illinois Department of Human Rights, on or about

    (month) February____ (day) 25____ (year) 2014____.

(b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. X☐ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2    The defendant is a federal governmental agency, and
    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the nt.

☐ Yes (month)_____ (day)_____(year)_____

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month)_____ (day)_____(year)_____.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ YES  ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ YES  ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) X☐ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) December____ (day) 13_____ (year) 2014_____ a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

3

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) X☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.

(b) X☐ terminated the plaintiff's employment.

(c) X☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's dis abilities.

(f) X☐ failed to stop harassment;

(g) X☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify): _____

---

4

_____

_____

_____

_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:
    1. Jamie Lopez (Hispanic) was given more favorable treatment as compared to Mr. Smith
    2. Certain policy/training procedures applied to Mr. Smith but not to Jamie Lopez
    3. Mr. Smith was verbally insulted and threatened due to his race
    4. Mr. Smith was denied equal training due to his race
    5. Mr. Smith was subject to excessive surveillance (more than 90 days) due to his race
    6. Mr. Smith was subject to a hostile work environment due to his race

14. [*AGE DISCRIMINATION ONLY*] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. X☐ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

    (a) ☐ Direct the defendant to hire the plaintiff.

    (b) X☐ Direct the defendant to re-employ the plaintiff.

    (c) X☐ Direct the defendant to promote the plaintiff.

    (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

    (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

    (f) X☐ Direct the defendant to (specify): _____

_____

Correct and/or amend employment records of Mr. Smith to show that he is a good employee and worthy of normal pay increases and promotion

Back Pay

(g) X ☐ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) X ☐ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)
*Terry Smith*

(Plaintiff's name)

Terry Smith

(Plaintiff's street address)

6612 S. Justine

(City) Chicago         (State) Illinois         (ZIP) 60636

(Plaintiff's telephone number) ( 773 ) – 690-2631

Date: March 6, 2015

6