NOTICE OF APPEAL TO A COURT OF APPEALS FROM

A JUDGMENT OR ORDER OF A DISTRICT COURT

United States District Court for the Northern

District of Illinois

File Number    1:15-cv-02061

| | | |
|---|---|---|
| Terry Smith,<br>    Plaintiff<br>v.<br><br>Illinois Department of Transportation,<br>    Defendant | )<br>)<br>)<br>)<br>)<br>) | Notice of Appeal |

Notice is hereby given that Terry Smith (Plaintiff) in the above-named case, hereby appeals to the United States Court of Appeals for the 7th Circuit from the summary judgment entered on August 8, 2018 in favor of the Illinois Department of Transportation (Defendant).

|  |  |
|---|---|
| /s/ | John M. O'Toole |
| Attorney for | Terry Smith (Plaintiff) |
| Address | 35 East Wacker Drive, Suite 650, Chicago, Il. 60601 |
| Phone | (312)546-5057 |
| E-Mail | john@otoolelaw.net |