# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

August 21, 2019

Before:
    JOEL M. FLAUM, Circuit Judge
    DANIEL A. MANION, Circuit Judge
    AMY C. BARRETT, Circuit Judge

CERTIFIED COPY
A True Copy
Teste:
_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

| No. 18-2948 | TERRY L. SMITH,<br>Plaintiff - Appellant<br><br>v.<br><br>ILLINOIS DEPARTMENT OF TRANSPORTATION,<br>Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:15-cv-02061<br>Northern District of Illinois, Eastern Division<br>District Judge Edmond E. Chang ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

   form name: **c7_FinalJudgment**(form ID: **132**)